# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH
### NO. 02-13-00221-CR



| | | |
|---|---|---|
| Juan Blea | § | From the 362nd District Court |
| | § | of Denton County (F-2011-0993-D) |
| | § | February 5, 2015 |
| v. | § | Opinion by Justice Dauphinot |
| | § | Dissent by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court with instructions to (1) modify its judgment to delete the first-degree felony conviction of aggravated assault of a family member and to instead reflect a second-degree felony conviction for aggravated assault of a family member through the use of a deadly weapon and (2) conduct a new trial on punishment.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Lee Ann Dauphinot_____
      Justice Lee Ann Dauphinot